part in the consideration or decision of these petitions.

No. 73-1673. Cox *v.* Chesapeake & Ohio Railroad Co. C. A. 6th Cir. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 73-6332. Reese et al. *v.* California. Ct. App. Cal., 3d App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73-6341. Haines *v.* United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73-6403. Coles *v.* California. Ct. App. Cal., 5th App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73-6426. Herrell *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72-1118. Arnett, Director, Office of Economic Opportunity, et al. *v.* Kennedy et al., 416 U. S. 134;

No. 73-157. Calero-Toledo et al. *v.* Pearson Yacht Leasing Co., 416 U. S. 663;

No. 73-817. Gambino *v.* United States, 416 U. S. 982;

No. 73-1050. Bigheart *v.* Pappan, 416 U. S. 937;

No. 73-1163. Walls *v.* United States, 416 U. S. 983;

No. 73-1216. Walden et vir *v.* United States, 416 U. S. 983; and

No. 73-1218. Pfeifer et al. *v.* Board of Education of the Upper Sandusky Exempted Village School District, 416 U. S. 901. Petitions for rehearing denied.